Case 6:25-cv-00058   Document 1   Filed 09/24/25 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED
September 24, 2025
Nathan Ochsner, Clerk of Court

Date 9-19-2025

David Nelson
#99427

To Whom may be of help

I'm indegent no money. The Authority's will not send me recipts to send courts. While I been in Victoria County Jail from 6-6-2025 to present 9-19-2025 The Victoria Police officers been cruel and unusual and fail to protect me. Punishing me by Housing me in segregation unit with out Physical evidents that I Physically hurt someone. And on 8-19-2025 The sargent and or Staff member closed the iron cell Door on me, causing me server pain and Damage my chest and Back. I Been vomiting up Blood every day and night. The Authoritys fail to protect me. Officer Clark (Female Correctional officer) Pull the iron Door off my chest. Officer Clark written a Report about Me getting closed inside the Door. Half of my Body was inside my cell 1083A and the other half of my Body was outside my cell 1083A. The iron Door was closed on me. The Authority Said its their fault. The Authoritys Denied me v. to The Hospital. I want to sue The Persons, Places or Things That are responsible for closing the iron Door on me causing me server pain and vomiting up Blood and chest and Back injury. I was Denied Health sen and Hospital vis. I was exscored to Health service a few Days later They Took X-rays on my chest and Back on 8-30-2025 I'm in major pain every day and I'm not on any narcotics Drugs for server Tissue injury pain. I want to sue the Authoritys for fail to Protect and more I want a full investigation that happen on 8-19-2025.

David D. Nelson
(#99427)
(D) N. Glass Street.
Victoria, TX 77901

United States Courts
Southern District of Texas
RECEIVED - Victoria Division

**SEP 24 2025**

Nathan Ochsner
Clerk of Court

United States
District Clerk
312. S. Main Street # 406
Victoria, TX 77901

7750188148 0019